IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-258-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.   DALE ILGEN,**

        Defendant.

**MINUTE ORDER**
*(correcting year of Sentencing Hearing)*

Judge John L. Kane **ORDERS**

The Sentencing Hearing in this matter is set for February 4, **2010** at 9:00 a.m. in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  November 10, 2009