IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE

| Courtroom Deputy: Bernique Abiakam | Date: March 18, 2010 |
|---|---|
| Court Reporter: Kara Spitler | |
| Probation Officer: Michelle Means | |

Criminal Action No.: 08-cr-00258-JLK

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Judith A. Smith |
| Plaintiff, | |
| v. | |
| DALE ILGEN, | Matthew C. Golla |
| Defendant. | |

## SENTENCING MINUTES

**9:06 a.m.    Court in session.**

Court calls case.  Counsel present.  Defendant present on bond.

**Change of Plea Hearing:    March 20, 2009.**

**Defendant plead guilty to Count Three of the Indictment.**

Preliminary remarks by the Court.

Discussion regarding pending motions.

**ORDERED:**  The Government's Oral Motion To Continue Today's Hearing is DENIED.

**ORDERED**:  Defendant's Objection To The Government's Statement Of Intent To Present Evidence At Sentencing (Filed 3/15/10; Doc. No. 70) is DENIED as MOOT.

**ORDERED:** Motion To Seal Document #66 And Attachments (Filed 3/11/10; Doc. No. 67) is GRANTED as specified on the record.

**ORDERED:** Government's Motion To Dismiss Counts One and Two of The Indictment (Filed 3/16/10; Doc. No. 71) is GRANTED.

Parties received and reviewed the presentence report.

9:16 a.m.   Government's witness, Shon Michael Kuta, called and sworn. Direct examination begins by Ms. Smith.

9:48 a.m.   Cross examination begins by Mr. Golla.

10:10 a.m.  Redirect examination by Ms. Smith.

10:11 a.m.  Witness excused.

**10:12 a.m.  Court in recess.**

**10:23 a.m.  Court in session.**

10:24 a.m.  Defendant's witness, Teresa Louise Todd, called and sworn. Direct examination begins by Mr. Golla.

10:31 a.m.  Cross examination begins by Ms. Smith.

10:35 a.m.  Questions by the Court.

10:36 a.m.  Witness excused.

10:37 a.m.  Argument by Mr. Golla on sentencing and Defendant's Motion For Downward Departure Or Below-Guideline Statutory Sentence (Filed 9/24/09; Doc. No. 45).

10:58 a.m.  Argument and statements by the Government.

No statement by the Defendant.

11:58 a.m.  Comments and rulings by the Court.

**ORDERED:** Defendant's Motion For Downward Departure Or Below-Guideline Statutory Sentence (Filed 9/24/09; Doc. No. 45) is DENIED.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count Three to a term of imprisonment of **78 months**.

SUPERVISED RELEASE:
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **6 years**.

**Conditions of supervised release:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.
- (X) The Defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

**Special conditions of supervised release:**
- (X) Defendant shall participate in a program of mental health treatment as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall pay the cost of the treatment as directed by the probation officer.
- (X) The Probation Officer is authorized to release to the treatment agency all psychological reports and/or presentence reports for continuity of treatment.
- (X) Defendant shall remain medication compliant and shall take all psychotropic medications that are prescribed by his treating psychiatrist. The defendant cooperate with random blood tests as requested by his treating psychiatrist and/or his supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.
- (X) The defendant shall participate in an approved program of sex offender evaluation and treatment which may include polygraph, plethysmograph, and Abel examinations as directed by the probation officer. The

           defendant will be required to pay the cost of these evaluations and treatment.  The defendant shall comply with the rules and restrictions specified by the treatment agency.

(X)     The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

(X)     The defendant shall notify the probation officer of all computers and/or other Internet access devices to which the defendant has access.

(X)     The Defendant shall submit his person and any property, house, residence vehicle, papers, computer, or other electronic communications or data storage devices or media and effects to search at any time with or without a warrant by any law enforcement or probation officer with reasonable suspicious concerning a violation of a condition of supervised release or unlawful conduct by that person or any other person acting with or near him and by any probation officer in the lawful discharge of the officer's supervision functions.

(X)     Defendant shall allow the probation officer to install software, hardware designed to monitor computer activities on any computer the defendant has access to and is authorized to use.

(X)     The Defendant shall not attempt to remove, tamper with, reverse-engineer or in any way circumvent the software or hardware.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

Based upon the request by Defendant's counsel, the Court will make the recommendation to the Bureau of Prisons that they waive the requirement that the Defendant is prohibited from being designated to a camp.  The Court advises Defendant's counsel that the Bureau of Prisons will make the final determination regarding place of imprisonment.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**12:35 p.m.    Court in recess.**
Hearing concluded.
Total in-court time: 3 hours, 18 minutes.